# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10532
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 16, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

        Plaintiff–Appellee,

versus

MELISSA TREVINO,

        Defendant–Appellant.

Appeals from the United States District Court
for the Northern District of Texas
No. 3:16-CR-378-4

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

  The attorney appointed to represent Melissa Trevino has moved for leave

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10532

to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Trevino has filed a response.

We have reviewed counsel's brief, relevant portions of the record, and Trevino's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.